IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

       vs.                                       Criminal Action No.
                                            5:05-MJ-433 (GJD)

PHILLIP BULLOCK, JR.,

             Defendant.

_____

APPEARANCES:

GEOFFREY J.L. BROWN, Asst. U.S. Attorney
For Government

LISA A. PEEBLES, ESQ.
For Defendant

ORDER APPROVING WAIVER OF PRELIMINARY HEARING

Defendant has been charged by complaint with possessing with intent to distribute cocaine base (crack cocaine) a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

At the detention hearing held on November 22, 2005, the defendant, through counsel, voluntarily waived his right to a preliminary examination. In announcing that waiver, defendant's counsel advised that he had explained the nature of the preliminary examination to the defendant, including the consequences of any waiver of the right to such a

preliminary examination, and that the defendant was knowingly and voluntarily waiving his right to a preliminary examination with full knowledge of the consequences thereof.

Based upon the foregoing, including defendant's voluntary representations, it is hereby

ORDERED, that defendant's waiver of his right to a preliminary examination, which I find to have been knowing, intelligent and voluntary, is accepted.

Dated: November 22, 2005

_____
Hon. Gustave J. DiBianco
U.S. Magistrate Judge